# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 18-31567 |
| | ) | |
| Kenyatta L Donegan | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge: Donald R. Cassling |

## NOTICE OF MOTION

TO:   Kenyatta L Donegan, 10007 S Lafayette Ave. Chicago, IL 60628 *via US mail*

Trustee Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 *via ECF clerk's electronic delivery system*

Prestige Financial Services Inc., c/o James M Philbrick, Law Offices of James M. Philbrick, P.C., P. O. Box 351 Mundelein, IL 60060 *via US mail*

Prestige Financial, Po Box 26707, Salt Lake City, UT 84126 *via US mail*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*
See attached service list

   PLEASE TAKE NOTICE that on **November 21, 2019 at 9:30 a.m.**, I shall appear before the Honorable Judge Donald R. Cassling at the Federal Courthouse, 219 S. Dearborn, Room 619, Chicago, IL 60604 or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   /s/ *David H. Cutler*
      David H. Cutler

## CERTIFICATE OF SERVICE

   I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on October 23, 2019 before the hour of 5:00 p.m. from the office located at 4131 Main Street., Skokie, Illinois 60076.

By:   /s/ David H. Cutler
      David H. Cutler, esq.
      Counsel for Debtor(s):
      Cutler & Associates, Ltd.
      4131 Main St, Skokie, IL 60076
      Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  18-31567 |
| | ) | |
| Kenyatta L Donegan | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge: Donald R. Cassling |

### MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Kenyatta L Donegan (hereafter referred to as "the Debtor"), by and through her attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on November 9, 2018 and her Plan was confirmed on January 10, 2019.

3. The Debtor's confirmation Order provides for a plan payment of $160 for 36 months with unsecured creditors receiving 11% of their unsecured claims.

4. The Debtor has fallen behind on her plan payments and a default has accrued, as of the date of this motion the current default is $480.

5. The Debtor has paid in to date $1,280 into the Chapter 13 plan.

6. The Debtor fell behind on the plan payments because she incurred out of pocket expenses for her daughter's school and she had fallen behind on her utilities and needed to get caught up.

7. The Debtor has made a good faith payment of $160 that has posted on the trustee site on 10/15/2019.

8. The Debtor is able to make her plan payments going forward but she is unable to catch up on the full default amount.

9. The Debtor seeks to modify the plan to defer the current trustee's default to the end of the plan.

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to defer the current default until the end of the plan; and for such further relief that this Court may deem just and proper.

Dated: October 23, 2019                                Respectfully Submitted,

                                                        By:   /s/ David H. Cutler
                                                              David H. Cutler, esq.,
                                                              Counsel for Debtor(s):
                                                              Cutler & Associates, Ltd.
                                                              4131 Main St.
                                                              Skokie, IL 60076
                                                              Phone: (847) 673-8600