```
Label Matrix for local noticing      U.S. Bankruptcy Court              Capital One Bank (USA), N.A.
0752-1                               Eastern Division                   PO Box 71083
Case 18-31567                        219 S Dearborn                     Charlotte, NC  28272-1083
Northern District of Illinois        7th Floor
Eastern Division                     Chicago, IL 60604-1702
Wed Oct 23 11:48:18 CDT 2019

City of Chicago                      City of Chicago Department of Finance   Credit One Bank
Att: Bankruptcy Dept                 c/o Arnold Scott Harris P.C.            Attn: Bankruptcy
121 N. LaSalle Street 7th Fl         111 W Jackson Blvd Ste 600              Po Box 98873
Chicago, IL 60602-1266               Chicago, IL 60604-3517                  Las Vegas, NV 89193-8873


Diversified Consultants, Inc.        First Premier Bank                 Hertg Accpt
Attn: Bankruptcy                     Attn: Bankruptcy                   Attn: Bankruptcy Dept
Po Box 551268                        Po Box 5524                        118 South 2nd Street
Jacksonville, FL 32255-1268          Sioux Falls, SD 57117-5524         Elkhart, IN 46516-3113


LVNV Funding, LLC                    Premier Bankcard, Llc                         Prestige Financial Services
Resurgent Capital Services           Jefferson Capital Systems LLC Assignee        PO Box 26707
PO Box 10587                         Po Box 7999                                   Salt Lake City, UT 84126-0707
Greenville, SC 29603-0587            Saint Cloud Mn 56302-7999


UNITED STATES DEPARTMENT OF EDUCATION    US Deptartment of Ed/Great Lakes   (p)UNIVERSAL ACCEPTANCE CORP
CLAIMS FILING UNIT                       Attn: Bankruptcy                   PO BOX 398104
PO BOX 8973                              Po Box 7860                        EDINA MN 55439-8104
MADISON, WI 53708-8973                   Madison, WI 53707-7860


Verizon Wireless                          David H Cutler                    Kenyatta L Donegan
Attn: Verizon Wireless Bankruptcy Admini  Cutler & Associates, Ltd.         10007 S Lafayette Ave.
500 Technology Dr, Ste 550                4131 Main St.                     Chicago, IL 60628-2052
Weldon Spring, MO 63304-2225              Skokie, IL 60076-2780


Patrick S Layng                      Tom Vaughn
Office of the U.S. Trustee, Region 11  55 E. Monroe Street, Suite 3850
219 S Dearborn St                    Chicago, IL 60603-5764
Room 873
Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Universal Acceptance
Po Box 398104
Edina, MN 55439
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Prestige Financial Services Inc.

End of Label Matrix
Mailable recipients    19
Bypassed recipients     1
Total                  20